# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:05CR219

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| **JORGE PERALES RUIZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

THIS matter is before the court, pursuant to a letter forwarded to the United States District Judge Lacy H. Thornburg by the defendant and filed on July 28, 2006. Pursuant to direction by the District Court, the letter was referred to the undersigned to determine the status of the relationship between the defendant and his attorney, David Belser.

After calling this matter on for hearing, the undersigned made inquiry of both Mr. Belser and the defendant. The undersigned addressed two issues that the defendant presented in his letter that being whether or not he would be provided with sufficient time to discuss with Mr. Belser objections that the defendant wished to present to the presentence report and whether or not the defendant would have an opportunity to discuss with Mr. Belser some other issues relating to the case. The undersigned advised the defendant that the he would have sufficient time to discuss with Mr. Belser any objections that the defendant wished to make to the presentence report due to the fact that Mr. Belser had, on July 21, 2006, filed a motion for an extension of time to present objections and that the motion had been allowed by Judge Thornburg allowing the defendant up to and including August 4, 2006 to present

the objections. The undersigned further advised the defendant that he could discuss other matters related to the case with his attorney immediately after the hearing and that a translator would be provided to assist in those conferences. After further inquiry, the defendant stated that he was content with the representation of Mr. Belser and that he wished for Mr. Belser to continue to represent him in this matter.

BASED THEREON, IT IS THEREFORE **ORDERED** that the letter of the defendant, which the undersigned has considered as an inquiry as to status of counsel has hereby been rendered moot.

Signed: August 8, 2006

Dennis L. Howell
United States Magistrate Judge